# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>DUNG HO, an individual; THANH KIM VO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:18-cv-06857-SVK<br><br>~~(PROPOSED)~~ **ORDER GRANTING PLAINTIFF NEW YORK LIFE INSURANCE COMPNAY'S REQUEST TO APPEAR TELEPHONICALLY AT THE MAY 14, 2019 CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference<br>Date: May 14, 2019<br>Time: 9:30 a.m.<br>Ctrm: 6, 4th Floor**<br><br>**Judge: Hon. Susan van Keulen** |

Before the Court is the request of Plaintiff New York Life Insurance Company to appear at the Case Management Conference on May 14, 2019, by telephone. Having reviewed the papers, and good cause existing, the Court hereby orders that Plaintiff's counsel may appear by telephone to participate at the Case Management Conference.

IT IS SO ORDERED.

DATED: May 10, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge